UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
STEVE STAEHR, Derivatively on Behalf of : Case No.
MORGAN STANLEY,
                                                            : RULE 7.1 STATEMENT
            Plaintiff,

    vs.

JOHN J. MACK, ZOE CRUZ, EILEEN K.
MURRAY, GARY G. LYNCH, THOMAS R.
NIDES, THOMAS V. DAULA, COLM
KELLEHER, LAURA D. TYSON, C. ROBERT
KIDDER, ROY J. BOSTOCK, ERSKINE B.
BOWLES, SIR HOWARD J. DAVIES,
DONALD T. NICOLAISEN, CHARLES H.
NOSKI, HUTHAM S. OLAYAN, CHARLES E.
PHILLIPS, JR., O. GRIFFITH SEXTON,
KLAUS ZUMWINKEL and DAVID H.
SIDWELL,

            Defendants,

    -and-

MORGAN STANLEY, a Delaware corporation,

            Nominal Defendant.



JUDGE LYNCH
07 CV 10368

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Steve Staehr, Derivatively on Behalf of Morgan Stanley (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

No corporate parent
No publicly held affiliates or subsidiaries

Date: November 14, 2007

_____
Signature of Attorney

Attorney Bar Code: TGA-1515