UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
STEVE STAEHR, Derivatively on Behalf of : Case No. 07-CIV-10368 (GEL)
MORGAN STANLEY,                          :
                                         : NOTICE OF CHANGE OF ADDRESS
                Plaintiff,               :
                                         :
    vs.                                  :
                                         :
JOHN J. MACK, ZOE CRUZ, EILEEN K.        :
MURRAY, GARY G. LYNCH, THOMAS R.         :
NIDES, THOMAS V. DAULA, COLM             :
KELLEHER, LAURA D. TYSON, C. ROBERT      :
KIDDER, ROY J. BOSTOCK, ERSKINE B.       :
BOWLES, SIR HOWARD J. DAVIES,            :
DONALD T. NICOLAISEN, CHARLES H.         :
NOSKI, HUTHAM S. OLAYAN, CHARLES E.      :
PHILLIPS, JR., O. GRIFFITH SEXTON,       :
KLAUS ZUMWINKEL and DAVID H.             :
SIDWELL,                                 :
                                         :
                Defendants,              :
                                         :
    -and-                                :
                                         :
MORGAN STANLEY, a Delaware corporation,  :
                                         :
                Nominal Defendant.       :

PLEASE TAKE NOTICE that effective December 21, 2007 the Law Offices of Thomas G. Amon, counsel for Plaintiff Steve Staehr, has moved its offices to:

> Law Offices of Thomas G. Amon
> 250 West 57th Street
> Suite 1316
> New York, NY 10107

DATED: January 28, 2008                By: /s/ Thomas G. Amon
New York, New York                         Thomas G. Amon (TGA-1515)

                                           LAW OFFICES OF THOMAS G. AMON
                                           250 West 57th Street, Suite 1316
                                           New York, NY 10107
                                           Tel: (212) 810-2430

                                           *Attorneys for Plaintiff Steve Staehr*

Of Counsel: Harry H. Wise, Esq.