UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STEVE STAEHR, Derivatively on Behalf of MORGAN STANLEY,

        Plaintiff,

- against -

JOHN J. MACK, ZOE CRUZ, EILEEN K. MURRAY, GARY G. LYNCH, THOMAS R. NIDES, THOMAS V. DAULA, COLM KELLEHER, LAURA D. TYSON, C. ROBERT KIDDER, ROY J. BOSTOCK, ERSKINE B. BOWLES, SIR HOWARD J. DAVIES, DONALD T. NICOLAISEN, CHARLES H. NOSKI, HUTHAM S. OLAYAN, CHARLES E. PHILLIPS, JR., O. GRIFFITH SEXTON, KLAUS ZUMWINKEL, and DAVID H. SIDWELL,

        Defendants,

- and -

MORGAN STANLEY, a Delaware corporation,

        Nominal Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 10368 (GEL)

STIPULATION TO EXTEND TIME

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiff and nominal defendant Morgan Stanley as follows:

    1. The time for nominal defendant Morgan Stanley to answer, move, or otherwise respond to the complaint shall be extended by sixty (60) days through and including May 5, 2008, and no defendant need answer, move, or otherwise respond to the complaint before such date.

2. No prior request for such an extension of time has been made.

3. Opposition papers to any motion to dismiss shall be filed on or before June 19, 2008.

4. Reply papers in further support of any motion to dismiss shall be filed on or before July 10, 2008.


Dated:   New York, New York
         March 4, 2008

                                    LAW OFFICES OF THOMAS G. AMON

                                    By: _____
                                        Thomas G. Amon (TGA-1515)

                                    250 West 57th Street
                                    Suite 1316
                                    New York, New York 10107
                                    Tel.: (212) 810-2430
                                    tgamon@amonlaw.com

                                    ROBBINS UMEDA & FINK, LLP
                                    Brian J. Robbins
                                    Marc M. Umeda
                                    Mark A. Golovach
                                    Daniel R. Forde
                                    610 West Ash Street, Suite 1800
                                    San Diego, CA 92101
                                    Tel.: (619) 525-3990

                                    Attorneys For Plaintiff

Dated: New York, New York
       March 5, 2008

                                     DAVIS POLK & WARDWELL

                                     By: _____
                                               Charles S. Duggan (CD-8712)

                                     450 Lexington Avenue
                                     New York, New York 10017
                                     Tel.: (212) 450-4785
                                     charles.duggan@dpw.com

                                     Attorneys For Nominal Defendant
                                        Morgan Stanley

SO ORDERED

_____
                 U.S.D.J.

March 6, 2008