AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

STEVE STAEHR, Derivatively on Behalf of
MORGAN STANLEY

V.

JOHN J. MACK, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CV 10368**

**JUDGE LYNCH**

TO: (Name and address of Defendant)

MORGAN STANLEY
1585 BROADWAY
NEW YORK, NY 10036

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS G. AMON, ESQ.
LAW OFFICES OF THOMAS G. AMON
500 Fifth Avenue, Suite 1650
New York, NY 10110
Tel: (212) 810-2430

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          NOV 15 2007

CLERK                                                        DATE

(By) DEPUTY CLERK

|  |  |
|---|---|
| STEVE STAEHR<br>- against -<br>JOHN J. MACK, ET AL | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) |

**AFFIDAVIT OF SERVICE**

INDEX# 07 CV 10368

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

MALGORZATA SLADEK____, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in **NY**.
That on date/time: 02/15/2008  03:23PM___, at 1633 BROADWAY  25TH FLOOR NEW YORK  NY_____
deponent served the within: SUMMONS, VERIFIED COMPLAINT_____
 [ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: MORGAN STANLEY_____
[X] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL**
A [ ]
By personally delivering to and leaving with said MORGAN STANLEY_____
and that he knew the person so served to be the person mention and described in said SUMMONS, VERIFIED COMPLAINT

**CORPORATION**
B [X]
By delivering to and leaving with JOHN PLOTNICK_____
at 1633 BROADWAY  25TH FLOOR NEW YORK  NY_____
and that he knew the person so served to be the MANAGING AGENT_____ of the corporation.

**SUITABLE AGE PERSON**
C [ ]
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with _____
a person of suitable age and discretion at _____
the said premises being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC.**
D [ ]
By affixing a true copy thereof to the door of said premises, the same being the recipient's
[ ] Dwelling/Usual place of abode [X] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at:  1. _____  2. _____  3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE**
E1 [ ] Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at _____
and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on 02/15/2008___ .

**MAILING TO BUSINESS**
E2 [ ] Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at _____
in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on 02/15/2008___ .

F [X]  DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS. DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION**
Use with A,B,C,D

| | | | | | | |
|---|---|---|---|---|---|---|
| [X] Male | [X] White Skin | [ ] Black Hair | [ ] White Hair | [ ] 14 - 20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [ ] Female | [ ] Black Skin | [ ] Brown Hair | [ ] Balding | [ ] 21 - 35 Yrs. | [ ] 5'0" - 5'3" | [ ] 100 - 130 Lbs. |
| | [ ] Yellow Skin | [ ] Blonde Hair | [ ] Moustache | [X] 36 - 50 Yrs. | [ ] 5'4" - 5'8" | [ ] 131 - 160 Lbs. |
| | [ ] Brown Skin | [X] Gray Hair | [ ] Beard | [ ] 51 - 65 Yrs. | [X] 5'9" - 6'0" | [X] 161 - 200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

Other identifying features: MOUSTACHE, BEARD_____

**WITNESS FEE**
G [ ]
Witness fee of $0  the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE**
[X]
I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. *Defendant wore civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

19____ day of February_____, 2008

Notary Signature: _Linda Grumble_

Name of Notary: LINDA GRUMBLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expiration
My Commission Expires Nov. 9, 2012

I, _____ MALGORZATA SLADEK, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_signature_  2/19/2008
Signature of Process Server    Date