AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

STEVE STAEHR

V.

JOHN J. MACK, et al.

**APPEARANCE**

Case Number: 07 CV 10368

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Morgan Stanley      Colm Kelleher
John J. Mack        David H. Sidwell
Zoe Cruz
Eileen K. Murray
Gary G. Lynch
Thomas R. Nides
Thomas V. Daula

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/5/2008 | /s/ Robert F. Wise, Jr. |
| Date | Signature |
| | Robert F. Wise, Jr.   RW-1508 |
| | Print Name           Bar Number |
| | 450 Lexington Avenue |
| | Address |
| | New York    NY    10017 |
| | City    State    Zip Code |
| | (212) 450-4512    (212) 450-3512 |
| | Phone Number    Fax Number |