AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

STEVE STAEHR

v.

JOHN J. MACK, et al.

APPEARANCE

Case Number: 07 CV 10368

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Morgan Stanley        Colm Kelleher
John J. Mack          David H. Sidwell
Zoe Cruz
Eileen K. Murray
Gary G. Lynch
Thomas R. Nides
Thomas V. Daula

I certify that I am admitted to practice in this court.

| 5/5/2008 | /s/ Charles S. Duggan |
|---|---|
| Date | Signature |

| Charles S. Duggan | CD-8712 |
|---|---|
| Print Name | Bar Number |

450 Lexington Avenue
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 450-4785 | (212) 450-3785 |
|---|---|
| Phone Number | Fax Number |