UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| STEVE STAEHR, Derivatively on Behalf of Morgan Stanley,<br><br>               Plaintiff,<br>  -against-<br><br>JOHN J. MACK, ZOE CRUZ, EILEEN K. MURRAY, GARY G. LYNCH, THOMAS R. NIDES, THOMAS V. DAULA, COLM KELLEHER, LAURA D. TYSON, C. ROBERT KIDDER, ROY J. BOSTOCK, ERSKINE B. BOWLES, SIR HOWARD J. DAVIES, DONALD T. NICHOLAISEN, CHARLES H. NOSKI, HUTHAM S. OLAYAN, CHARLES E. PHILLIPS, JR., O. GRIFFITH SEXTON, KLAUS ZUMWINKEL, and DAVID H. SIDWELL,<br><br>               Defendants,<br>  -and-<br><br>MORGAN STANLEY, a Delaware corporation,<br><br>               Nominal Defendant. | 07 Civ. 10368 (GEL)<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT <u>OF MORGAN STANLEY</u> |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Morgan Stanley states that it does not have any parent corporation, that it is a publicly traded company, and that State Street Bank & Trust Company ("State Street") is the only publicly held corporation that owns 10% or more of its stock. Based on Securities and Exchange Commission rules regarding beneficial ownership, State Street, 225 Franklin Street, Boston, Massachusetts 02210, beneficially owned 12.97% of Morgan Stanley's stock based on a Schedule 13G filed on February 12, 2008 by State Street, acting in various fiduciary capacities.

Dated: New York, NY
       May 5, 2008

DAVIS POLK & WARDWELL

By:   /s/ Robert F. Wise, Jr.

Robert F. Wise, Jr.
Charles S. Duggan
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000 telephone
(210) 450-3800 facsimile

Attorneys for Nominal Defendant Morgan Stanley