UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| STEVE STAEHR, Derivatively on Behalf of Morgan Stanley,<br><br>                Plaintiff,<br><br>  -against-<br><br>JOHN J. MACK, ZOE CRUZ, EILEEN K. MURRAY, GARY G. LYNCH, THOMAS R. NIDES, THOMAS V. DAULA, COLM KELLEHER, LAURA D. TYSON, C. ROBERT KIDDER, ROY J. BOSTOCK, ERSKINE B. BOWLES, SIR HOWARD J. DAVIES, DONALD T. NICHOLAISEN, CHARLES H. NOSKI, HUTHAM S. OLAYAN, CHARLES E. PHILLIPS, JR., O. GRIFFITH SEXTON, KLAUS ZUMWINKEL, and DAVID H. SIDWELL,<br><br>                Defendants,<br><br>  -and-<br><br>MORGAN STANLEY, a Delaware corporation,<br><br>                Nominal Defendant. | 07 Civ. 10368 (GEL)<br><br>NOTICE OF DEFENDANTS' JOINT MOTION TO DISMISS THE VERIFIED SHAREHOLDERS' <u>DERIVATIVE COMPLAINT</u><br><br>ORAL ARGUMENT REQUESTED |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        PLEASE TAKE NOTICE that upon the annexed declaration of Robert F. Wise, Jr., dated May 5, 2008, and the annexed exhibits, and the accompanying Memorandum of Law in Support of the Motion to Dismiss submitted herewith, Defendants will move this Court, before the Honorable Gerard E. Lynch, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order:

        (a)    granting Defendants' Motion to Dismiss the Verified Shareholders Derivative Complaint, pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, as well as Rules 9(b) and 12(b)(6) and section 78u-4(b) of the Private Securities Litigation Reform Act of 1995; and

(b) granting such other and further relief as the Court deems just and proper.

Pursuant to the Stipulation to Extend Time Ordered by the Court on March 6, 2008 (Docket No. 4), Plaintiff's opposition papers, if any, shall be served on or before June 19, 2008, and Defendants' reply papers shall be served on or before July 10, 2008.

Dated: New York, NY
May 5, 2008

| SIMPSON THATCHER & BARTLETT LLP | DAVIS POLK & WARDWELL |
|---|---|
| By: /s/ Bruce Angiolillo | By: /s/ Robert F. Wise, Jr. |
| Bruce Angiolillo<br>bangiolillo@stblaw.com<br>Jonathan Youngwood<br>jyoungwood@stblaw.com<br>SIMPSON THATCHER & BARTLETT<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502 | Robert F. Wise, Jr.<br>robert.wise@dpw.com<br>Charles S. Duggan<br>charles.duggan@dpw.com<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (210) 450-3800 |
| *Attorneys for Independent Director Defendants Laura D. Tyson, C. Robert Kidder, Roy J. Bostock, Erskine B. Bowles, Sir Howard J. Davies, Donald T. Nicolaisen, Charles H. Noski, Hutham S. Olayan, Charles E. Phillips, Jr., O. Griffith Sexton and Klaus Zumwinkel* | *Attorneys for Nominal Defendant Morgan Stanley and Management Defendants John J. Mack, Zoe Cruz, Eileen K. Murray, Gary G. Lynch, Thomas R. Nides, Thomas V. Daula, Colm Kelleher and David H. Sidwell* |

To:  Thomas G. Amon
Law Offices of Thomas G. Amon
500 Fifth Avenue, Suite 1650
New York, NY 10110
Telephone: (212) 810-2430

Facsimile: (212) 810-2427

ROBBINS UMEDA & FINK, LLP
Brian J. Robbins
Marc M. Umeda
Mark A. Golovach
Daniel R. Forde
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Attorneys for Plaintiff*