*LT~14, 5.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STEVE STAEHR, Derivatively on Behalf of
MORGAN STANLEY,

                 Plaintiff,

       - against -

JOHN J. MACK, ZOE CRUZ, EILEEN K.
MURRAY, GARY G. LYNCH, THOMAS R.
NIDES, THOMAS V. DAULA, COLM
KELLEHER, LAURA D. TYSON, C.
ROBERT KIDDER, ROY J. BOSTOCK,
ERSKINE B. BOWLES, SIR HOWARD J.
DAVIES, DONALD T. NICOLAISEN,
CHARLES H. NOSKI, HUTHAM S.
OLAYAN, CHARLES E. PHILLIPS, JR., O.
GRIFFITH SEXTON, KLAUS
ZUMWINKEL, and DAVID H. SIDWELL,

                 Defendants,

      - and -

MORGAN STANLEY, a Delaware corporation,

               Nominal Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 10368 (GEL)

STIPULATION TO
EXTEND TIME

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

WHEREAS, defendants John J. Mack, Zoe Cruz, Eileen K. Murray, Gary G. Lynch,

Thomas R. Nides, Thomas V. Daula, Colm Kelleher, Laura D. Tyson, C. Robert Kidder, Roy J.

Bostock, Erskine B. Bowles, Sir Howard J. Davies, Donald T. Nicolaisen, Charles H. Noski,

Hutham S. Olayan, Charles E. Phillips, Jr., O. Griffith Sexton, Klaus Zumwinkel, David H.

Sidwell and nominal defendant Morgan Stanley (collectively, "Defendants") filed their Joint

Motion to Dismiss the Verified Shareholders' Derivative Complaint (the "Motion to Dismiss")

on May 5, 2008 (Docket Nos. 10-12);

WHEREAS, pursuant to the Stipulation to Extend Time Ordered by the Court on March 6, 2008 (Docket No. 4), plaintiff Steve Staehr's ("Plaintiff") opposition papers are due to be filed and served on or before June 19, 2008, and Defendants' reply papers are due to be filed and served on or before July 10, 2008; and

WHEREAS, rather than submitting papers in opposition to Defendants' Motion to Dismiss, Plaintiff desires to amend the Verified Shareholders' Derivative Complaint (the "Complaint") pursuant to Federal Rule of Civil Procedure 15(a)(1)(A).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, through their respective counsel of record, as follows:

1. Plaintiff shall file an Amended Complaint on or before July 11, 2008.

2. Plaintiff has not previously requested an extension of his time to respond to Defendants' Motion to Dismiss, which time was established by the Court's entry of the parties' prior Stipulation on March 6, 2008 (Docket No. 4).

3. The date for Defendants to answer, move, or otherwise respond to the Amended Complaint shall be September 19, 2008, and no Defendant need answer, move, or otherwise respond to the Amended Complaint before such date.

4. Opposition papers to any motion to dismiss shall be filed on or before November 17, 2008.

5. Reply papers in further support of any motion to dismiss shall be filed on or before December 17, 2008.

2

Dated:   New York, New York
         June 19 2008

LAW OFFICES OF THOMAS G. AMON

By: _____
    Thomas G. Amon (TGA-1515)

250 West 57th Street, Suite 1316
New York, New York 10107
Tel.: (212) 810-2431
txamon@amonlaw.com

ROBBINS UMEDA & FINK, LLP
Brian J. Robbins
Marc M. Umeda
Mark A. Golovach
Daniel R. Forde
610 West Ash Street, Suite 1800
San Diego, CA 92101
Tel.: (619) 525-3990

Attorneys for Plaintiff

3

Dated:    New York, New York
          June *19*, 2008

                              DAVIS POLK & WARDWELL

                              By: _____

                              Robert F. Wise, Jr.
                              Charles S. Duggan
                              450 Lexington Avenue
                              New York, New York  10017
                              Tel.: (212) 450-4785
                              robert.wise@dpw.com
                              charles.duggan@dpw.com

                              Attorneys for Nominal Defendant Morgan
                                  Stanley and Management Defendants
                                  John J. Mack, Zoe Cruz, Eileen K.
                                  Murray, Gary G. Lynch, Thomas R.
                                  Nides, Thomas V. Daula, Colm Kelleher
                                  and David H. Sidwell

Dated:   New York, New York
         June *19*, 2008

SIMPSON THATCHER & BARTLETT LLP

By: _____

Bruce D. Angiolillo
Jonathan K. Youngwood
425 Lexington Avenue
New York, New York 10017
Tel.: (212) 455-2000
bangiolillo@stblaw.com
jyoungwood@stblaw.com

Attorneys For Independent Director
    Defendants Laura D. Tyson, C. Robert
    Kidder, Roy J. Bostock, Erskine B.
    Bowles, Sir Howard J. Davies, Donald T.
    Nicolaisen, Charles H. Noski, Hutham S.
    Olayan, Charles E. Phillips, Jr., O.
    Griffith Sexton and Klaus Zumwinkel

IT IS SO ORDERED.

Dated: June *24*, 2008

_____
HONORABLE GERARD E. LYNCH

5