USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
STEVE STAEHR, Derivatively on Behalf of
MORGAN STANLEY,

                Plaintiff,

-against-

JOHN J. MACK, et al.,

                Defendants.

-and-

MORGAN STANLEY, a Delaware corporation,

                Nominal Defendant.
------------------------------------------------------------X

07 CIVIL 10368(DAB)

**JUDGMENT**

Defendants having moved to dismiss the Verified Amended Shareholder Derivative Complaint pursuant to Fed. R. Civ. P. 9(b), 12(b)(6), and 23.1, and section 78u-4(b) of the Private Securities Litigation Reform Act of 1995, and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on March 31, 2011, having rendered its Memorandum and Order granting the motion to dismiss in its entirety, and directing the Clerk of Court to enter judgment dismissing the claims for failure to make a proper demand on the Board of Directors, and to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 31, 2011, the motion to dismiss is granted in its entirety, and judgment is entered dismissing the claims for failure to make a proper demand on the Board of Directors; accordingly, the case is closed.

Dated: New York, New York
       March 31, 2011

                                            **RUBY J. KRAJICK**

                                                Clerk of Court
                                BY:

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

                                                **Deputy Clerk**